CAROLINE TURCO, OSB 083813
Senior Deputy City Attorney
caroline.turco@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **TED TIMMONS,** | Case No. 3:22-cv-01235-SB |
| **PLAINTIFF,** | |
| v. | **NOTICE OF APPEARANCE** |
| **CITY OF PORTLAND, and BRYCE ASKELSON,** | |
| **DEFENDANTS.** | |

COMES NOW the Office of City Attorney, City of Portland, by and through the undersigned to enter appearance of Counsel on behalf of defendant City of Portland.

Dated:  October 14, 2022.

                                                                                Respectfully submitted,

                                                    */s/ Caroline Turco*
                                                    CAROLINE TURCO
                                                    OSB # 083813
                                                    Senior Deputy City Attorney
                                                    Telephone: (503) 823-4047
                                                    *Of Attorneys for Defendant City of Portland*

Page  1  –   NOTICE OF APPEARANCE