CAROLINE TURCO, OSB 083813
Senior Deputy City Attorney
caroline.turco@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **TED TIMMONS,** | **3:22-cv-01235-SB** |
| **PLAINTIFF,** | |
| v. | **MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHER RESPONSIVE DOCUMENT** |
| **CITY OF PORTLAND, and BRYCE ASKELSON,** | |
| **DEFENDANTS.** | |

Pursuant to Rule 6(b) of the Fed. R. Civ. P., defendant City of Portland hereby moves the Court for an order allowing an extension of time in which to file an Answer or other responsive document.  The parties have conferred regarding this motion and plaintiff's counsel consents to this motion.  Specifically, defendant City of Portland requests a 30-day extension of time, from October 18, 2022, up to and including November 17, 2022, within which to file a response.

///

///

///

///

Page  1 –   UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHER RESPONSIVE DOCUMENT

This motion is based upon the complete court file and upon the declaration of Caroline

Turco, filed herewith.

Dated:  October 14, 2022

Respectfully submitted,

/s/ Caroline Turco
CAROLINE TURCO
OSB # 083813
Senior Deputy City Attorney
Telephone: (503) 823-4047
Of Attorneys for Defendant City of Portland

Page  2 –    UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR
OTHER RESPONSIVE DOCUMENT