CAROLINE TURCO, OSB 083813
Senior Deputy City Attorney
caroline.turco@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland
and Bryce Askelson*

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **TED TIMMONS,** | 3:22-cv-01235-SB |
| **PLAINTIFF,** | |
| v. | **DECLARATION OF CAROLINE TURCO** |
| **CITY OF PORTLAND, and BRYCE ASKELSON,** | (In Support of Defendants' Motion to Make More Definite and Certain and Motion to Strike) |
| **DEFENDANTS.** | |

I, Caroline Turco, Senior Deputy City Attorney, declare as follows:

1.      I am employed with the City of Portland and am the attorney assigned to this matter to represent the defendants.

2.      I conferred with Juan Chavez via phone on November 7, 2022 about the issues contained in this motion but we were unable to resolve the issues.

3.      I make this declaration in support of Defendants' Motion to Make More Definite and Certain and Motion to Strike.

///

///

///

///

///

Page  1  –  DECLARATION OF CAROLINE TURCO

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED: November 16, 2022.

                                             */s/ Caroline Turco*
                                             Caroline Turco

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
(503) 823-4047