**Juan C. Chavez**, OSB #136428
**Franz Bruggemeier**, OSB #163533
**Jonathan Gersten**, OSB #174131
Oregon Justice Resource Center
PO Box 5248
Portland, OR 97208
Telephone: 503-944-2270
Facsimile: 971-275-1839

Of Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| TED TIMMONS, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF PORTLAND, and BRYCE ASKELSON, <br><br> Defendants. | Case No. 3:22-cv-1235-SB <br><br><br> MOTION FOR EXTENSION OF TIME |

## L.R. 7-1 CERTIFICATION

By and through their respective counsel, the parties have conferred regarding this motion and Defendants do not object.

## MOTION

The current deadline for Plaintiff's Response to Defendants' Motion to Strike (Dkt. 10) is November 30, 2020. Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff moves the Court for an order extending the Response deadline by 1 week (7 days) to December

7, 2022.

Defendants' Motion was filed prior to the long Thanksgiving holiday, and additionally Plaintiff's Counsel is preparing for a trial before Judge Hernández set to begin December 1, 2022.

Plaintiff anticipates that 7 days should be sufficient to prepare an adequate response to the Defendants' Motion.

This motion is based on the attached Declaration of Juan C. Chavez, filed herewith.

**DATED** November 30, 2022

>*/s/ Juan C. Chavez*
>Juan C. Chavez, OSB #136428
>PO Box 5248
>Portland, OR 97208