**Juan C. Chavez**, OSB #136428
**Franz Bruggemeier**, OSB #163533
**Jonathan Gersten**, OSB #174131
Oregon Justice Resource Center
PO Box 5248
Portland, OR 97208
Telephone: 503-944-2270
Facsimile: 971-275-1839

    Of Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| TED TIMMONS,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF PORTLAND, and BRYCE ASKELSON,<br><br>Defendants. | Case No. 3:22-cv-1235-SB<br><br>DECLARATION OF JUAN C. CHAVEZ |

I, Maya Rinta, do hereby declare:

1. I am one of the attorneys representing Plaintiff Ted Timmons in this matter.

2. I make this declaration in support of Plaintiff's Unopposed Motion to Extend the Case Deadlines in the above-named case.

3. I have conferred with Counsel for the Defendants, Caroline Turco, and the Defendants do not object to this motion.

4. There is good cause to grant Plaintiff's motion.

5. Defendants' Motion was filed prior to the long Thanksgiving holiday.

6. Additionally, I am preparing for a trial before Judge Hernández set to begin December 1, 2022 in the matter *Senn v. Smith*, USDC Case No. 3:18-cv-01814-HZ.

7. I believe I will be able to complete a responsive brief by next Wednesday, December 7, 2022.

8. I make this motion in good faith and without the intent to unduly delay this matter.

**DATED** November 30, 2022

*/s/ Juan C. Chavez*
Juan C. Chavez, OSB #136428
PO Box 5248
Portland, OR 97208
