**Juan C. Chavez**, OSB #136428
**Franz Bruggemeier**, OSB #163533
**Jonathan Gersten**, OSB #174131
Oregon Justice Resource Center
PO Box 5248
Portland, OR 97208
Telephone: 503-944-2270
Facsimile: 971-275-1839
*Of Attorneys for Plaintiff Ted Timmons*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| TED TIMMONS,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF PORTLAND, and BRYCE ASKELSON,<br><br>    Defendants. | Case No. 3:22-cv-1235-SB<br><br>NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT |

Plaintiff Ted Timmons hereby gives notice to the Court that Plaintiff accepts the Offer of Judgment (Exhibit 1) of Defendants City of Portland and Officer Bryce Askelson in a written notice sent by Plaintiff's counsel on January 4, 2023.

DATED this 9th day of January, 2023.

      */s/ Franz H. Bruggemeier*
      Franz Bruggemeier, OSB#163533
      *Of Attorneys for Plaintiff Ted Timmons*