CAROLINE TURCO, OSB 083813
Senior Deputy City Attorney
caroline.turco@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendants City of Portland
and Bryce Askelson*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **TED TIMMONS,** | **3:22-cv-01235-SB** |
| **PLAINTIFF,** | |
| | **OFFER OF JUDGMENT** |
| v. | |
| **CITY OF PORTLAND, and BRYCE ASKELSON,** | |
| **DEFENDANTS.** | |

Pursuant to Fed. R. Civ. P. 68, defendant City of Portland and Officer Askelson hereby

offer to allow judgment in the above-captioned matter to be taken against it by plaintiff Ted

Timmons for the sum of five thousand and one and no/100 Dollars ($5,001), plus costs and

reasonable attorneys' fees to be determined by the Court, incurred as of the date of this offer.  This

Offer of Judgment is made for the purposes specified in Rule 68, Federal Rules of Civil Procedure,

and is not to be construed either as an admission that the defendants are liable in this action, or that

the plaintiff has suffered damages.  Any Judgment entered as a result of this offer must state that

the Judgment shall not be construed as an admission of liability nor an admission that plaintiff

suffered any damages.  Any Judgment entered as a result of this offer shall act as a preclusive bar to

any other legal action by plaintiff against Defendant City of Portland or any of its officers, agents or

Page  1  –    OFFER OF JUDGMENT

employees arising out of the subject matter of plaintiff's action

This Offer of Judgment shall not be filed with the Court unless (a) accepted or (b) in a proceeding to determine costs.

Dated:  December 20, 2022

Respectfully submitted,

*/s/ Caroline Turco*
CAROLINE TURCO
OSB # 083813
Senior Deputy City Attorney
Telephone: (503) 823-4047
*Of Attorneys for Defendants City of Portland and Bryce Askelson*

Page  2  –    OFFER OF JUDGMENT

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing OFFER OF JUDGMENT on:

> Franz Bruggemeier
> Juan C. Chavez
> Jonathan Gersten
> Oregon Justice Resource Center
> P.O. Box 5248
> Portland, OR  97208
> *Of Attorneys for Plaintiff*

on December 20, 2022, by causing a full, true and correct copy thereof, addressed to the last-

known address (or fax number) of said attorney, to be sent by the following method(s):

☒      by **mail** in a sealed envelope, with postage paid, and deposited with the U.S. Postal Service in Portland, Oregon.

☐      by **hand delivery.**

☐      by **email** pursuant to LR 5-2(b).

☐      by **facsimile transmission.**

☒      by **email.**

CAROLINE TURCO, OSB #083813
Senior Deputy City Attorney
Telephone: (503) 823-4047
*Of Attorneys for Defendants City of Portland
and Bryce Askelson*

Page  3  –    OFFER OF JUDGMENT