IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| TED TIMMONS, | Case No. 3:22-cv-01235-SB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CITY OF PORTLAND and BRYCE ASKELSON, | |
| Defendants. | |

     Based on the Offer of Judgment that Defendants extended (ECF No. 19-1 at 1-3) and Plaintiff accepted (ECF No. 19 at 1), the Court hereby enters **JUDGMENT** in favor of Plaintiff and against Defendants in the total amount of five thousand and one dollars ($5,001.00), plus costs and reasonable attorney's fees, as determined by the Court. This Judgment shall not be construed as an admission of liability nor an admission that Plaintiff suffered any damages.

     DATED this 10th day of January, 2023.

                                                           HON. STACIE F. BECKERMAN
                                                           United States Magistrate Judge

PAGE 1 – JUDGMENT